Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

| | |
|---|---|
| **MIWON SPECIALTY CHEMICAL CO., LTD.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **S U M M O N S**<br>**Court No. 26-03517** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

1. Plaintiff, Miwon Specialty Chemical Co., Ltd., is a foreign producer and exporter of certain monomers and oligomers from the Republic of Korea. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and actively participated as a party to the antidumping duty investigation of the U.S. Department of Commerce ("Commerce") that is the subject of this appeal. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiff contests certain findings of fact and conclusions of law made by Commerce in the final determination and subsequent order of the antidumping duty investigation of Certain Monomers and Oligomers from the Republic of Korea, Case No. A-580-921, which covered the January 1, 2024, through December 31, 2024, period of investigation.
(Brief description of contested determination)

3. Commerce issued its final antidumping duty determination on May 20, 2026, and issued its antidumping duty order on July 23, 2026.
(Date of determination)

4. Commerce published its final antidumping duty determination on May 27, 2026 (91 Fed. Reg. 31,415) and its antidumping duty order on July 28, 2026 (91 Fed. Reg. 47,214).
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jarrod M. Goldfeder
Signature of Plaintiff's Attorney

August 6, 2026
Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jarrod M. Goldfeder
Trade Pacific PLLC
700 Pennsylvania Ave., SE, Suite 500
Washington DC 20003
Tel: (202) 223-3760
E-mail: jgoldfeder@tradepacificlaw.com

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY 10278

Director
Commercial Litigation Branch – Civil
Division U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC 20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)