UNITED STATES COURT OF INTERNATIONAL TRADE
1 Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
LISA W. WANG
JUDGE

October 14, 2026

Via CM/ECF

Re: Miwon Specialty Chemical Co., Ltd. v. United States
Court No. 26-03517

To All Counsel:

The above captioned matter has been assigned to these chambers, and per CIT Rule 16(b) the court is required to enter a scheduling order.

Accordingly, all parties shall confer and file, via CM/ECF, no later than Tuesday, November 10, 2026, a joint status report and an agreed upon proposed scheduling order. The court encourages all parties to review their competing commitments and propose dates that they will be able to meet. The court will consider timely extension requests for short periods to address unexpected conflicts based on a showing of good cause.

In the event the parties are unable to agree, each party shall file a status report and proposed scheduling order no later than Thursday, November 12, 2026. Counsel shall then call the Case Manager, Lewis Hugh, at 212-264-2923 by Thursday, November 12, 2026, to schedule a conference call with chambers to resolve the matters in dispute.

Sample forms, as well as information regarding standard chambers procedures, are available on the court's website at:

https://www.cit.uscourts.gov//Rules/Index_Rules_Forms.html.

The court will be available to assist in settlement negotiations if the likelihood of settlement warrants this use of judicial resources.

Best,

/s/ Lisa W. Wang
Lisa W. Wang, Judge